IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

      Plaintiff,                     No. CIV S-08-2539 GGH P

   vs.

TOM BOSENKO, et al.,

      Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice.

       Accordingly, the Clerk of Court shall close this case.

DATED: December 8, 2008

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

jay2539.59